IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA ANN PLATZ,

    Petitioner,                    No. CIV S-07-1882 MCE KJM P

    vs.

TINA HORNBEAK, Acting Warden

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2245. She has paid the filing fee. This proceeding was referred to the undersigned magistrate judge in accordance with Local Rule 72-302 and 28 U.S.C. § 636(b)(1).

        Petitioner has requested the appointment of counsel and specifically requests the appointment of Bruce Eric Cohen, who represented her on appeal from her criminal conviction. She also asks that the court serve all documents on Attorney Cohen. Finally, petitioner has requested that this court stay the proceedings to allow her to exhaust state court remedies with respect to certain grounds raised in the federal habeas petition.

/////

/////

1

I.  Appointment Of Counsel; Service Of Documents

There currently exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

Given the complexity of the issues in this case, the court finds that the interests of justice favor the appointment of Bruce Cohen to represent petitioner.  As a result, all future orders will be served on him.

Attorney Cohen is directed to contact the Federal Defender's Office to facilitate completion of paperwork related to his appointment.

II.  Stay Of The Proceedings

Attorney Cohen's declaration and the exhibits filed in support of the motion satisfy the requirements of Rhines v. Weber, 544 U.S. 269, 275 (2005).  In addition, on November 20, 2007, Deputy Attorney General Catherine Tennant filed a letter informing the court that she did not oppose the motion for a stay.

IT IS HEREBY ORDERED that:

1. Petitioner's October 10, 2007 motion for the appointment of counsel is granted and Bruce Eric Cohen, 1442-A Walnut Street Berkeley, CA 94709,  is appointed to represent petitioner.

2. Petitioner's November 14, 2007 motion for a stay of the proceedings is granted.

3. Within ninety days of the date of this order, petitioner shall file a status report on the progress of the state exhaustion petition.

4. If the state exhaustion proceeding is not completed within one hundred eighty days of the date of this order, petitioner shall file a second status report, and further reports at ninety day intervals until the exhaustion process is completed.

1  5. Within thirty days of the California Supreme Court's resolution of the state
2  action, petitioner shall file a motion to lift the stay together with either a motion to dismiss the
3  action or a motion to file an amended petition or a notification that petitioner wishes to proceed
4  on the petition filed September 11, 2007.

5  6. The Clerk of the Court is directed to add Deputy Attorney General Catherine
6  Tennant to the parties upon whom electronic service is to be made in this case.

7  7. The Clerk of the Court is directed to serve a copy of this order on Cynthia
8  Compton at the Office of the Federal Defender.

9  DATED:   December 5, 2007.

_____
U.S. MAGISTRATE JUDGE

13  2
14  plat1882.sty