IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA ANN PLATZ,

    Petitioner,          No. 2:07-cv-01882 MCE KJN P

    vs.

TINA HORNBEAK, Warden,

    Respondent.        ORDER

_____/

        Petitioner is a state prisoner proceeding in forma pauperis and with appointed counsel, in this habeas corpus action filed September 11, 2007, pursuant to 28 U.S.C. § 2254. This action has been stayed since December 6, 2007, to permit petitioner the opportunity to exhaust state court remedies with respect to certain grounds raised in her federal habeas petition. Petitioner informs the court that these matters have now been exhausted by action of the California Supreme Court on April 13, 2011, the remittitur issuing on April 19, 2011.

        Pursuant to this court's instructions, petitioner has timely notified the court of the California Supreme Court's resolution of petitioner's state court proceedings. Petitioner requests that the stay be lifted, and that she be granted a sixty-day extension of time within which to file an amended habeas petition. Petitioner's counsel has filed a declaration setting forth

several reasons supporting the requested extension of time.

        Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

        1. The stay granted in this action on December 6, 2007, is lifted;

        2. The Clerk of Court is directed to reopen this case; and

        3. Petitioner's request for an extension of time within which to file an amended habeas corpus petition (Dkt. No. 24) is granted; the amended petition shall be filed on or before July 11, 2011.

        SO ORDERED.

DATED: May 13, 2011

                                      KENDALL J. NEWMAN  
                                      UNITED STATES MAGISTRATE JUDGE

plat1882.liftstay.eot